## ⊞ Davis Miles
## McGuire Gardner

40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

Pernell W. McGuire (SBN: 015909)
M. Preston Gardner (SBN: 029868)
*Attorneys for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA

| In re: | In Chapter 11 Proceedings |
|---|---|
| STEVEN MARQUEZ, | Case No.: 4:19-bk-06290-SHG |
| Debtor. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR** |

Pursuant to Local Bankruptcy Rule 9010-1, Pernell W. McGuire and M. Preston Gardner and Davis Miles McGuire Gardner, PLLC (the "Firm") hereby move this Court for entry of an Order allowing their withdrawal as counsel of record for Steven Marquez (the "Debtor"). Debtor has not been able to fulfill his obligations to the Firm in connection with its representation. On this date, the Firm has communicated with the Debtor and notified him of its intent to withdraw. In that communication, the Firm certifies that it has provided Debtor with an explanation of the status of his case, as well as the date and time of upcoming hearings or deadlines, if any. Debtor's current address and telephone number are:

1

Steven Marquez
11960 N. Labyrinth Dr.
Oro Valley, AZ 85737
Phone: (520) 292-1363

WHEREFORE, the Firm respectfully requests that the Court enter an Order granting its withdrawal from this case.

RESPECTFULLY SUBMITTED this 4th day of August, 2020.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

*/s/ Pernell W. McGuire*
Pernell W. McGuire
M. Preston Gardner
*Attorneys for Debtor*

A copy of the foregoing mailed this
5th day of August, 2020, to:

US Trustee
Renee Sandler Shamblin
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003-1706

Steven Marquez
11960 N. Labyrinth Dr.
Oro Valley, AZ 85737

All creditors on the Master Mailing List

By: */s/ Joan Stoner*
      Joan Stoner