# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** STEVEN MARQUEZ
**Case Number:** 4:19-BK-06290-SHG  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, AUGUST 12, 2020 02:00 PM  COURTROOM 329
**Bankruptcy Judge:** SCOTT H. GAN
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** RHIANNA DOMINGUEZ

## Matter:

**VIDEOCONFERENCE** STATUS HEARING ON CHAPTER 11 CASE AND PLAN CONFIRMATION.

**R / M #:** 71 / 0

## Appearances:

STEVEN MARQUEZ, DEBTOR, Appearing by videoconference

## Proceedings:

The Court informs the Debtor that the Disclosure Statement on file can be approved and the case could move forward to confirmation. It notes that Debtor's counsel has withdrawn from representation and it asks if the Debtor would like to proceed with confirmation of the plan.

Mr. Marquez does want to proceed and has questions concerning the objection and Disclosure Statement.

The Court cannot provide legal advice and suggests that Mr. Marquez obtain counsel because there are things that need to occur in the appropriate order in order to have a successful confirmation process.

COURT: THE DISCLOSURE STATEMENT WILL BE APPROVED. The Debtor to submit a form of order. THE DEBTOR IS ADVISED TO OBTAIN COUNSEL. THE COURT SETS THE DEADLINE OF THURSDAY, OCTOBER 8, 2020 AS THE LAST DATE FOR THE DEBTOR TO CONFIRM THE CHAPTER 11 PLAN. THE COURT SETS AN INITIAL HEARING ON CONFIRMATION OF THE PLAN FOR THURSDAY, OCTOBER 8, 2020 AT 2:00 P.M. IF THE PLAN IS NOT ON FILE BY THE DEADLINE THE COURT MAY CONSIDER WHETHER THE CASE SHOULD BE CONVERTED OR DISMISSED.
Zoom for Government Hearing Information:
<https://www.zoomgov.com/j/1611110780?pwd=T2ZLZUNOeHF0WTBIQjd6UzVUVnhzdz09>
Meeting ID: 161 111 0780
Passcode: 128663

Mr. Marquez discusses that regarding the objection by the Arizona Department of Revenue, the taxes are not a liability. The returns will be show an overpayment and the department will have them in their possession within the week.

The matter stands at recess.

Copy of the M.E. mailed by BNC to:
Steven Marquez, Debtor
tlm